FILE COPY

No. 07-14-00345-CR

| | | |
|---|---|---|
| Marc Allen Mason<br>　Appellant | § | From the 251st District Court<br>　of Randall County |
| | § | |
| v. | | December 9, 2015 |
| | § | |
| The State of Texas<br>　Appellee | § | Opinion by Justice Pirtle |
| | § | |

**J U D G M E N T**

Pursuant to the opinion of the Court dated December 9, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

Inasmuch as this is an appeal *in forma pauperis*, no costs beyond those that have been paid are adjudged.

It is further ordered that this decision be certified below for observance.

o O o